# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JAMES BROOKS (DECEDENT) AND<br>LINDA BROOKS (CLAIMANT) | : No. 404 EAL 2014<br>:<br>:<br>: |
| v. | : Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>:<br>: |
| WORKERS' COMPENSATION APPEAL<br>BOARD (WEST GOSHEN TOWNSHIP) | :<br>:<br>:<br>: |
| PETITION OF:  LINDA BROOKS | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 11th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.